UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHIRLEY DUCOTE, ET AL., **Plaintiffs** | CIVIL DOCKET NO. 1:23-CV-00672 |
| VERSUS | DISTRICT JUDGE DRELL |
| CATERPILLAR, INC., ET AL., **Defendants** | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to Remand (ECF No. 9) is DENIED.

IT IS FURTHER ORDERED that Louisiana Machinery's Motion to Dismiss (ECF No. 34) is GRANTED, and that Plaintiffs' claims against it are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 16th day of April 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT